UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER CLARK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>　　　　Defendants. | CASE NO.: 2:12-cv-03012-TLN-EFB<br><br>Hon. Troy L. Nunley<br><br>**ORDER** ON STIPULATION **TO MODIFY PRETRIAL ORDER**<br><br>**MODIFIED FROM SUBMITTED VERSION**<br><br>[Stipulation filed concurrently]<br><br>Complaint Filed: December 13, 2012 |

# ORDER

Having reviewed the parties' Stipulation to Modify the Court's November 19, 2013 Order (Dckt # 17), AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED as follows:

1. That the dates set by the Court's November 19, 2013 Order (Dckt #17) are hereby vacated.

2. That opening trial briefs shall be filed by each party no later than **March 28, 2014**.

3. That responsive trial briefs shall be filed by each party no later than **April 18, 2014**.

4. That the trial of this matter will be held on **May 9, 2014** before the Court at 9:00 a.m. and will be no more than one half day.

**IT IS SO ORDERED.**

Dated: January 17, 2014

_____
Troy L. Nunley
United States District Judge